**Emmanuel Edward SEWELL,
Plaintiff—Appellant,**

v.

**Kathleen GREEN; Michael King; Brian Romines; Zock, Sergeant; Westbrook, Officer; Ragins, Officer; Garrisey, Officer; Barnes, Lieutenant; Johnson, Lieutenant; Walter Holmes, Captain; Unidentified Black Officer; Five Unknown Officers, Defendants—Appellees,**

**and**

**Warden, Defendant.**

**No. 10–6392.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2011.
Decided: Feb. 28, 2011.

Emmanuel Edward Sewell, Appellant pro se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edward Sewell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Green,* No. 8:08–cv–01027–DKC, 2010 WL 583919 (D.Md. Feb. 16, 2010).

We deny Sewell's motion to appoint counsel.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

___

* Sewell has filed a document entitled "Motion of Issues on Appeal of the Lower Courts [sic] Judgment" that appears to be his brief on appeal. We deny the motion.